# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2022

## NO. 03-19-00246-CV

**Rockey Piazza, Linda Piazza, and Paul Denucci, as Assignees of Best Buy Stores, Inc., Appellants**

**v.**

**Glenn Hegar, in His Capacity as Comptroller of Public Accounts of The State of Texas, and Ken Paxton, in His Capacity as Attorney General of The State of Texas, Appellees**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on April 11, 2019. The Court's April 16, 2021 opinion and April 19, 2021 corrected judgment are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.